IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VI TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br>　v.<br><br>LG ELECTRONICS INC. AND LG ELECTRONICS U.S.A., INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-CV-00314-ADA<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Plaintiff VI Technologies, LLC ("Plaintiff") and Defendants LG Electronics Inc. ("LGE"), and LG Electronics U.S.A., Inc. ("LGE USA") (collectively "Defendants"), by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims made against Defendants in this case, without prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees incurred in connection with this case. A proposed order is submitted herewith.

Dated: November 4, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Fred I. Williams*
　　　　　　　　　　　　　　　　　　　　Fred I. Williams
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00794855
　　　　　　　　　　　　　　　　　　　　Michael Simons
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24008042
　　　　　　　　　　　　　　　　　　　　WILLIAMS SIMONS & LANDIS PLLC
　　　　　　　　　　　　　　　　　　　　327 Congress Ave., Suite 490
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　Tel: 512-543-1354
　　　　　　　　　　　　　　　　　　　　fwilliams@wsltrial.com
　　　　　　　　　　　　　　　　　　　　msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff*
*Gesture Technology Partners, LLC*


By: */s/ Janis E. Clements*
Janis E. Clements
Texas Bar. No. 04365500
GREENBERG TAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
Telephone: (512) 320-7200
Facsimile: (512) 320-7210
Email: clementsj@gtlaw.com

Richard A. Edlin (*pro hac vice* to be filed)
Elana B. Araj (*pro hac vice* to be filed)
GREENBERG TAURIG, LLP
MetLife Building, 200 Park Avenue
New York, NY 10002
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: edlinr@gtlaw.com
Email: araje@gtlaw.com

Vivian S. Kuo (*pro hac* vice to be filed)
GREENBERG TAURIG, LLP
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3158
Email: kuov@gtlaw.com

2

Andrew R. Sommer (*pro hac vice* to be filed)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1370
Email: sommera@gtlaw.com

*Counsel for Defendants LG Electronics Inc.
and LG Electronics U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 4, 2021 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants and counsel for Gesture Technology Partners, LLC met and conferred, and all parties agree to filing the foregoing document as a joint notice.

*/s/ Fred I. Williams*
Fred I. Williams